IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE


| | | |
|---|---|---|
| JACKY and REBECCA STALLINGS, | ) | |
| Plaintiffs | ) | |
| v. | ) | No. 3:05-cv-235 |
| CIGNA HEALTHCARE OF TENNESSEE, INC., | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE


Plaintiffs, Jacky and Rebecca Stallings, and defendant, CIGNA Healthcare

of Tennessee, Inc., through counsel, as evidenced by their signatures below, hereby

mutually dismiss, with prejudice, all claims that have been made or could have been made

by either party in this civil action consistent with the Release and Settlement Agreement

previously agreed upon by the parties. Each party shall bear their own attorney's fees and

costs.


**E N T E R :**

_____
UNITED STATES DISTRICT JUDGE

Approved for entry:


By: s/Ashley S. Old
DAVID A. THORNTON (TN 11158)
ASHLEY S. OLD (TN 19528)
BASS BERRY & SIMS, PLC
The Tower at Peabody Place
100 Peabody Place, Suite 900
Memphis, Tennessee 38103-3672
(901) 543-5922

*Attorneys for Defendant,*
 *CIGNA Healthcare of Tennessee, Inc.*


By: s/Bryan L. Capps
BRYAN L. CAPPS (TN 19999)
GILREATH & ASSOCIATES
550 Main Avenue, Suite 600
Knoxville, TN 37901-1270
(865) 637-2442

*Attorneys for Plaintiffs,*
 *Jacky and Rebecca Stallings*


## CERTIFICATE OF SERVICE


I hereby certify that on July 5, 2006, a copy of the foregoing Joint Stipulation of

Dismissal was emailed to Bryan L. Capps and he approved its filing with this Court.


 s/Ashley S. Old
 ASHLEY S. OLD


6116663.1

2